[No. 39130-9-II.   Division Two.   April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TEMICA D. TAMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00761-1, Anne Hirsch, J., entered March 31, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39776-5-II.   Division Two.   April 26, 2011.]

CHRISTIAN DOSCHER, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-2-00338-0, Amber L. Finlay, J., entered August 17, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39999-7-II.   Division Two.   April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER M. JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02778-3, Bryan E. Chushcoff, J., entered November 13, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 40155-0-II.   Division Two.   April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON M. COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01252-0, James J. Stonier, J., entered December 15, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.